# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MICHAEL IKELIONWU

        Plaintiff,

v.

WARDEN JOHN NASH

        Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 06-CV-625-RBK
APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this __14th__ day of __November__, 2008

_____
Hon. Robert B. Kugler

Dated:

Camden, New Jersey